# United States District Court

**For the** DISTRICT OF Columbia

In the Matter Of the Search of
(Name, address or brief description of person or property to be searched)

Yahoo! Inc.
URL: http://zelup.com/111
701 First Avenue
Sunnyvale, California 94089

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

**CASE NUMBER:**

**Matthew Dunn** being duly sworn depose and say:

I am a(n) **Senior Special Agent, U.S. Immigration and Customs Enforcement** and have reason to believe
*Official Title*

that ☐ on the person of or  ☒ on the premises known as (name, description and/or location)

**See attachment B**

in the **Northern**   District of **California**

there is now concealed a certain person or property, namely (describe the person or property)

**fruits, instruments and instrumentalites**

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

in violation of Title **18** United States Code, Section(s) **2423(a), 2423(b), 2423(c), 2423(d), 2251(d)(1)**

The facts to support the issuance of a Search Warrant are as follows:

**See attached affidavit**

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

**Signature of Affiant**

Sworn to before me, and subscribed in my presence

at **Washington, DC**

**Date**    **City and State**

**Name and Title of Judicial Officer**    **Signature of Judicial Officer**