**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH | ) |
| OF THE WEBSITE LOCATED AT URL: | ) |
| | ) |
| | ) |
| http://zelup.com/111 | ) |
| | ) |
| located at Yahoo! Inc. | ) |
| 701 First Avenue | ) |
| Sunnyvale, California 94089 | ) |

I, Matthew Dunn, being duly sworn, depose and state the following:

1.       I am a Senior Special Agent (SS/A) with U.S. Immigration and Customs Enforcement (ICE).  I have been an agent for seven and one half years.  I am currently assigned to the Child Exploitation Section of the Cyber Crimes Center (CES/C3) where I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and have received basic, advanced, and on-the-job training in the investigation of cases involving the sexual exploitation of children.  I have also trained other law enforcement officers in investigating computer facilitated crimes against children.

2.       I am submitting this affidavit in support of an Application for a Search Warrant authorizing a search of Yahoo! Inc., an Internet Service Provider, at 701 First Avenue, Sunnyvale, California, described in **Attachment A**, incorporated herein by reference, which is located in the Northern District of California.  More specifically, I seek authorization to search

Yahoo! Inc.'s records, where items specified in **Attachment B**, incorporated herein by reference, may be found, and to seize all items listed in **Attachment B** as evidence, fruits, and instrumentalities of criminal activity. As set forth below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2423(a), 2423(b), 2423(c), 2423(d), and 2251(d)(1)(A) may be found in Yahoo! Inc.'s records.

3.     The factual information supplied in this affidavit is based on my investigation of this case, my experience and background as an ICE agent, and information provided by Detective Sergeant (DS) Andrea Seul of the German Federal Police (Bundeskriminalamt, "BKA") and Captain Jens Wrischke of the Hamburg State Police (Polizei Hamburg, "HPSD"). Since I am submitting this affidavit for the limited purpose of securing a search warrant, I have not set forth every fact of this investigation.

## STATUTORY AUTHORITY

4.     This investigation concerns alleged violations of 18 U.S.C.§§ 2423(a), 2423(b), 2423(c), 2423(d),  and 2251(d)(1)(A), relating to the sexual exploitation of minors.

5.     18 U.S.C. § 2423(a) prohibits a person from knowingly transporting an individual who has not attained the age of 18 years in interstate or foreign commerce, or in any commonwealth, territory or possession of the United States, with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

6.     18 U.S.C. § 2423(b) prohibits a person from traveling in interstate commerce or traveling into the Unites States, or a United States citizen or an alien admitted for permanent

residence in the United States from traveling in foreign commerce, for the purpose of engaging

in any illicit sexual conduct with another person.

7.      18 U.S.C. § 2423(c) prohibits a United States citizen or alien admitted for

permanent residence from traveling in foreign commerce and engaging in any illicit sexual

conduct.

8.      18 U.S.C. § 2423(d) prohibits a person, for the purpose of commercial

advantage or private financial gain, from arranging, inducing, procuring, or facilitating the travel

of another person knowing that such person is traveling in interstate commerce or foreign

commerce for the purpose of engaging in illicit sexual conduct.

9.      18 U.S.C. § 2251(d)(1)(A) prohibits a person from knowingly making, printing,

or publishing, or causing to be made, printed, or published, any notice or advertisement seeking

or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual

depiction, if the production of such visual depiction involves the use of a minor engaging in

sexually explicit conduct and such visual depiction is of such conduct, if such person knows or

has reason to know that such notice or advertisement will be transported in interstate or foreign

commerce by any means including by computer or mailed.


**DEFINITIONS**

10.     The following definitions apply to this Affidavit and **Attachment B**:

11.     "Child Pornography" means any visual

depiction of sexually explicit conduct where (a) the production of the visual depiction

involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction

is a digital image, computer image, or computer-generated image that is, or is

3

indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. § 2256(8).

12.    "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

13.    "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

14.    "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. See 18 U.S.C. § 2256(2).

15.    "Computer" as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

16.    "Internet Service Providers" or "ISPs" are commercial organizations which provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer various means by which to access the Internet including telephone based dial-up, broadband based access via a digital subscriber line (DSL) or cable television, dedicated circuits, or satellite based subscription. ISPs typically charge a fee based upon the type of connection and volume of data,

called bandwidth, that the connection supports.  Many ISPs assign each subscriber an account

name such as a user name or screen name, an e-mail address, and an e-mail mailbox and the

subscriber typically creates a password for the account.  By using a computer equipped with a

telephone or cable modem, the subscriber can establish communication with an ISP over a

telephone line or through a cable system, and can access the Internet by using his or her account

name and password.

17.    "ISP Records" are records maintained by ISPs pertaining to their subscribers

(regardless of whether those subscribers are individuals or entities).  These records may include

account application information, subscriber and billing information, account access information

(often times in the form of log files), e-mail communications, information concerning content

uploaded and/or stored on or via the ISP's servers, and other information, which may be stored

both in computer data format and in written or printed record format.  ISPs reserve and/or

maintain computer disk storage space on their computer system for their subscribers' use.  This

service by ISPs allows for both temporary and long-term storage of electronic communications

and many other types of electronic data and files.

18.    "Internet Protocol Address" or "IP Address" refers to a unique number used by a

computer to access the Internet.  IP addresses can be dynamic, meaning that the Internet Service

Provider (ISP) assigns a different unique number to a computer every time it accesses the

Internet.  IP addresses might also be static, if an ISP assigns a user's computer a particular IP

address which is used each time the computer accesses the Internet.

19.    "Domain Name" refers to the common, easy to remember names associated with

an Internet Protocol address.  For example, a domain name of "www.usdoj.gov" refers to the

Internet Protocol address of 149.101.1.32.  Domain names are typically strings of alphanumeric

characters, with each level delimited by a period. Each level, read backwards – from right to left – further identifies parts of an organization. Examples of first level, or top-level domains are typically .com for commercial organizations, .gov for the governmental organizations, .org for organizations, and, .edu for educational organizations. Second level names will further identify the organization, for example usdoj.gov further identifies the United States governmental agency to be the Department of Justice. Additional levels may exist as needed until each machine is uniquely identifiable. For example, www.usdoj.gov identifies the world wide web server located at the United States Department of Justice, which is part of the United States government.

20.    "Log Files" are records automatically produced by computer programs to document electronic events that occur on computers. Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

21.    "Hyperlink" refers to an item on a web page which, when selected, transfers the user directly to another location in a hypertext document or to some other web page.

22.    "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

23.    "Uniform Resource Locator" or "Universal Resource Locator" or "URL" is the unique address for a file that is accessible on the Internet. For example, a common way to get to

a website is to enter the URL of the website's home page file in the Web browser's address line. Additionally, any file within that website can be specified with a URL. The URL contains the name of the protocol to be used to access the file resource, a domain name that identifies a specific computer on the Internet, and a pathname, a hierarchical description that specifies the location of a file in that computer.

24.    "Contents" as used with respect to any wire, oral, or electronic communication, includes any information, concerning the substance, purport, or meaning of that communication. See 18 U.S.C. § 2510(8).

25.    "Electronic Communications System" means any wire, radio, electromagmetic, photo optical or photo electronic facility used for the transmission of wire of electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications. See 18 U.S.C. § 2510(14).

26.    "Electronic Communication Service" means any service which provides to users thereof the ability to send or receive wire or electronic communications. See 18 U.S.C. § 2510(15).

27.    "Remote Computing Service" means any service which provides to users thereof computer storage or processing services by means of an "electronic communications system." See 18 U.S.C. § 2711(2).

28.    "Electronic Storage" means any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof, and any storage of such communication by an electronic communication service for purposes of backup protection of such communication. See 18 U.S.C. § 2510(17). Typically, e-mail that has not been opened by an ISP customer is stored temporarily by an ISP incident to the transmission of that e-mail to

the intended recipient, usually within an area known as the home directory.  Such temporary, incidental storage constitutes "electronic storage."


## THE INVESTIGATION

29.     ICE/C3/CES is conducting a joint investigation with the German Federal Police ("BKA") and the Hamburg State Police Department (Polizei Hamburg, "HSPD") into a commercial website offering sexual encounters with children.  The website is located at URL: http://zelup.com/111 and is known as "Paradise Passion."  The investigation has revealed that this website offers individuals the opportunity to engage in sexual activity with minors.  The site consists of five individual web pages, described in detail below.  The site communicates with prospective customers via several e-mail accounts identified on the website.

30.     The URL: http://zelup.com111, is hosted by Yahoo! Inc., an ISP located in the United States.  As discussed below, based on the investigation and my training and experience, there is probable cause to believe that evidence, fruits, and instrumentalities of the aforementioned crimes are located in Yahoo! Inc.'s records.


**A.  The "Paradise Passion" Website**

31.     On September 22, 2005, I was informed by Detective Sergeant (DS) Andrea Seul of the BKA that a commercial website known as "Paradise Passion" and located at URL: http://zelup.com/111 was offering for sale sexual encounters with children.  DS Seul had received this information from Captain Jens Wrischke of the HSPD.

32.    On the same date, I accessed the website at URL: http://zelup.com/111.  The title bar of the listed URL read "Paradise Passion: Unique Children Sex Offer."  The web page displayed an image of a nude female minor lying on her stomach next to the words "Paradise Passion." The image depicted a young girl between the age of nine and 13 years old, lying on her stomach with flowers covering part of her body.  The young girl was resting on her elbows with her head tilted back and eyes closed.  The following text appeared on this page:

> "Our private CP club is glad to present you a new, amazing and never seen before offer. Among our clients its called 'Paradise passion'. We want to offer you to have sex with a real child! Don't you tired of masturbating when viewing photos and low quality video content. Haven't you ever dreamt to have real sex with a cute underage girl or boy? Have you ever dreamt to kiss all over the young, innocent body of a child? There is no such pleasure in the whole world as to push your thing into pretty childish pussy or mouth. For our club its not just a dream - its sweet reality! Just stop imagine sex with a kid, you can make your dream come true with our help.
>
> Our service is absolutely safe and anonymous. So you shouldn't worry about this aspect. We've been delivering children all over the world to our members for almost 5 years and havent had any troubles. The system of delivering a kid is secured and anonymous because safety is the most important part for our clients and for us. So we spend lots of time and money to make everything safe for our clients. We have three kinds of our 'Paradise passion' offer.  Here they are:
>
> 1) We deliver a child to your country (We deliver children to almost every country except such contries as Iraq, Iran, Afghanistan etc)
> 2) We deliver a child to a newtral country (we have a list of countries where having sex with a child is not a crime, so this is the safest way to meet and to have sex with out children)
> 3) You come to a childs native country (All children are from Europe, so you won't have any problems to get there)
>
> More detailed information you can find out in 'HOW TO MEET' area.  Also if you have more questions visit 'Frequently Asked Questions' area or just ask us using these email addresses.  And remember that we can and will make your dreams come true.  Let us open the gates of child sex paradise for you.
>
> Regards,
> Paradise passion team"

33.     The site contained four hyperlinks, which directed me to four additional web

pages.  The hyperlinks were: "How to Meet;" "FAQ;" "Catalogue;" and "Contacts."

34.     The "How to Meet" hyperlink contained the following text:

"How to meet a kid for a sex.
If you want to meet one of ours kids you should do some simple steps.  Just
follow them and your dream will come true
First you should chose who do you want to meet.  All information about the
children who are available for a meeting, you will find here in the
'CATALOGUE'.  After you choose a girl/boy, choose a type of the meeting:

1 TYPE We deliver a child to your country (We deliver children to almost every
country except such countries as Iraq, Iran, Afghanistan etc)

2 TYPE We deliver a child to a newtral country (we have a list of countries where
to have a sex with a child is not a crime, so this is the safest type of our offer)

3 TYPE You come to a childs native country (All children are from Europe, so
you won't have any problems to get there)

After that please write us a letter with the subject 'READY TO GO FURTHER'.
In this letter you should mention the name of the child and type of the meeting.
After that we will send you all further information about the meeting.

ATTENTION: Please notice that our offer is not free.  So that means that you will
have to pay for the meeting and sex with the children.  The sum depends on the
type of the meeting.  So after you send us a letter with the type of the meeting we
will tell you the sum which you should pay for the meeting.
So please, make your choise and and write us a letter.

Regards,
Paradise passion team"

35.     The "Catalogue" hyperlink contained images and descriptions of five

prepubescent female minors and three prepubescent male minors.  The girls were described as

follows:

"Dasha (also Daria) is 13 y.o. She lives in Poland with her mother and grand
mother. Very interested in fashion and ancient literature. She is a brilliant girl.
When in bed she is like a wild horse. She does all kinds of sex: anal,vaginal and
oral. Knows English very well and it will be very interesting to have a

10

conversation with her."

There were two images of Dasha displayed on the web page. The first image, Dasha1.jpg, depicted Dasha standing on a sandy bank wearing a purple dress. The second image, Dasha2.jpg, depicted Dasha lying on the sandy bank, resting on one elbow, with her legs spread and her arm underneath her leg with her hand near her vagina. Dasha was nude in the second image.

> "Lada (also Ladienna) is 11 y.o. Lives is Poland , in the village with her mother and little brother. Very pleasant and kind girl. She is crazy about all animals and want to be a vet. She likes to travel and always happy when a member invites her to his country. She likes to have vaginal sex , but you also can do anal and oral sex without any troubles."

There were two images of Lada displayed on the web page. The first image, Lada1.jpg, depicted Lada sitting on the edge of a wall with her legs hanging in a pool of water. Lada was wearing a red night gown, which was pulled up exposing her vagina. The second image, Lada2.jpg, depicted Lada standing in the pool of water lifting her night gown exposing her vagina and lower abdomen.

> "Laska is 10 y.o. and she is from Latvia. She is glamorous and gorgeous girl. She is crazy about jewellry and everything that sparks. Sometimes she can be naughty but if you make her a present she will do everything for you. Likes to dance , showing off in front of a mirror. Wants to be a fashion model. Will do everything in bed , especially likes when a man cums on her tummy."

There were two images of Laska displayed on the web page. The first image, Laska1.jpg, depicted Laska standing in a doorway wearing a fur coat. The second image, Laska2.jpg, depicted Laska lying nude on a table, resting on one arm, with her legs spread exposing her vagina.

> "Molly is 6 y.o. We call her Little Sun ray . She is so sweet and innocent kid. You will forget about everything while spending time with Molly. If you will be kind to her she will be kissing you all the time you spend together. Likes ice-cream ,

cats , dogs , dolls etc. Also likes to play with "live stick" as she calls a penis. We assure you that you won't forget time you spent with this little angel. But its forbidden to have anal sex with her, only vaginal and oral."

There were two images of Molly displayed on the web page.  The first image, Molly1.jpg, depicted Molly sitting a purple sheet with her legs spread exposing her entire body.

The second image, Molly2.jpg, depicted Molly bent over exposing her anus and vagina.

"Soll is 8 y.o. She lives in Poland with her mother and 3 y.o. sister. We're sure that you will fell in love with her at the first sight. She's kind, brilliant, gentle , open-minded young lady. She is keen on music, like to sing, to draw, to do everything she is good at. She want to be a singer, that is why she usually sings songs while having sex. She has a very beautiful voice. She can do all in bed with her great pleasure."

There were two images of Soll displayed on the web page.  The first image, Soll1.jpg, depicted Soll lying on her stomach on a cabinet, looking back at the camera with her feet in the air.  The image depicted Soll wearing no clothes and talking on a telephone.  Soll's vagina and anus were also exposed in the image.  The second image, Soll2.jpg, depicted Soll lying on a cabinet with her head resting on her arm and one leg slightly bent, exposing her vagina.

The boys were described as follows:

"Ted is 5 y.o. and he lives in Berlin with his aunt. He is a naughty boy and he often fights with other children , but anyway he is a very nice and kind kid. He can play soccer and swim during the whole day and don't be tired. Also he is crazy about cars and his dream is to become a driver. Even though he is a naughty boy he is very obedient when having sex with a man. You can do oral and anal sex with Ted."

There were two images of Ted displayed on the web page.  The first image, Ted1.jpg, depicted Ted standing in a hot tub wearing a bathing suit.  The second image, Ted2.jpg, depicted Ted sitting at a table wearing no clothes.

"Mark is 6 and a half y.o. , he lives in Poland. Mark is an orphan and lives in orphanage. He is a very open-minded and clever boy. Likes to play basketball and wants to become a famous basketball player , like Michael Jordan. Also he likes

to draw and we should say that he is very good at drawing. We're sure that you will have lots of fun with this boy. Anal and oral sex with this boy will be unforgettable."

There were two images of Mark displayed on the web page. The first image, Mark1.jpg, depicted Mark sitting at a small table outdoors. The second image, Mark2.jpg, depicted Mark nude holding a basketball over his head, exposing his penis.

"Kirill is 7 y.o. and lives in Poland. He lives with his grandparents on the outskirts of Warsaw (the capital). He likes to travel around the world, he has already visited 8 foreign countries . He has been to the US 2 times and has had a trip around Europe. He likes when anyone takes pictures of him naked. When having sex he is obedient so you won't have any troubles with him. Also you can take some pictures of him for your private collection."

There were two images of Kirill displayed on the web page. The first image, Kirill1.jpg, depicted Kirill standing in a lake or river, wearing no clothes, with his penis exposed. The second image, Kirill2.jpg, depicted Kirill sitting outside, wearing no clothes, with his penis exposed.

36.    The "Contacts" hyperlink provided the following e-mail addresses:

"Support Team
paradiseoffer@inbox.com
paradisepassion@email.com

Sales Manager
offerparadise@yours.com"

**B.  The German Investigation**

37.    I am informed by Cpt. Wrischke that, during the period from on or about September 16, 2005 to on or about October 25, 2005, an HSPD undercover officer engaged in a series of e-mail communications with paradisepassion@email.com. These communications are detailed below:

13

38.     On or about September 16, 2005, the HSPD officer ("HSPD") and

paradisepassion@email.com ("PP") exchanged the following e-mails:


HSPD:  "I'm interested ich 'Soll' the 8 year old girl.  I like to choose Type 1.
       How many children are available?  You have also a different catalogue
       with more children to choose from?

PP:     You made a great choice.  Soll is a real beauty.  Now only those girls who
        are in the catalogue.  Other children are busy with other members and will
        be busy until next summer.  If you're ready to meet Soll, we should start
        to make all arrangements.  So, please think over one more time and if
        you're really want to start.  Let's do it.  Please decide and write us back
        with your decision.

HSPD: lets start with all the arrangements to meet Soll.  What is the next step?

PP:     We're glad that you decided to start.  Now we need some information.
        1. How should we call you? (name, nickname whatever).

HSPD: Vincent is the name we'll use

PP:     2.  What type of meeting we should arrange?

HSPD:  We'll meet in a Restaurant.

PP:     3.  When do you want us to deliver a child?

HSPD: I plan for October the 15th.

PP:     4.  You be with the girl the whole week or less?

HSPD: I will be with the girl the whole week.

PP:     5.  Will she live with you or should we rent a room for her?

HSPD: She will live with me.

PP:     For this moment that is enough to start."

14

39.    On or about September 19, 2005, the HSPD officer and

paradisepassion@email.com exchanged the following e-mails:

PP:    "Hello Vincent We start making all the documents. Soll asked whether you going to make some entertainment for her.  Maybe parks, cinema, zoo etc.

HSPD: I wait for the documents.  For sure I'll show Soll all kind of nice places in this big city.  Cinema, Fun-Parks and the very big Zoo.  I guess she will love it. How long will it take to arrange everything?

PP:    Hello, Vincent  Documents will be ready in two weeks.  Next step is to send us a prepay, I mean a part of the sum.  We need the part of the sum to be sure that you're not from police and that you will come to meet a girl. Because we have an incident when we delivered a girl to Brazil and nobody was there.  Since then the head of the club has made such a rule. Looking forward to your reply.

HSPD: Now you ask for a prepay.  If I make a prepay how can I be sure that I don't loose my money.  Is there any security?  On the other side I can pick up Soll for example in Poland and give you the money cash in the moment Soll is at the meeting point.  You have your security and I have mine. Both side have to work very carefull and I think, this is the best solution. If the police would be behind you they would pay the money and then they chase you.  I think my Offer is the best and gives the most security for everybody."

40.    On or about September 20, 2005, the HSPD officer and

paradisepassion@email.com exchanged the following e-mails:

PP:    "I understand your concern but our club has rules.  Also we don't take in cash because it unsecure.  We have our security system which has been made during the years.  And I have no rights to break it.  To meet a person we always should know that the person really wants to meet a child.  And prepay is a kind of proof.  If everyone follow the rules everything will be safe and no one will be disappointed.

HSPD: how much should I prepay and where should I send the money?  Does it go to a Bank Account or does it go over Western Union?  What kind of proof do I have that you're real and not a Fake?  Nobody will sent you money in advance if he doesn't know you, or has some kind of proof that

you are serious people.  There are a lot of Fakes in the Net who does offer a lot and there only interest is to take the money and run.  Give me some kind of proof and then I'll pay.

PP:     Hello Vincent  I thought that you already trust us.  So,  anyway we also at risk as you are.  Because we will send you all information about bank account or western union address.  I understand that you're hesitating but we also must be sure that you're not a fake and not from police.  As I said in my last letter your prepay will be such proof.  So, we have three ways of payment: 1. Wire Transfer 2. Western Union 3. E-Gold.  And you should pay the third part of the sum in advance.  Also you  should know that if you will arrange another meeting in future the price for you will be reduced.  Please make your choice and reply us."

41.     On or about the same date, September 20, 2005, the HSPD officer e-mailed a response to paradisepassion@email.com in which the officer stated in substance that he would pay by either Western Union or wire transfer.

42.     On or about October 11, 2005, the HSPD officer e-mailed the following message to paradisepassion@email.com:  "That sounds good to me.  If it's Okay with you I like to meet Soll on the 1st of November.  Is it possible to get some new pictures of Soll (in clothes) so that I get a kind of feeling for her.  I'll try to give Soll a pleasant time with visiting several nice places she will enjoy.  By the way, why did you name me Hans?  Is this some kind of misunderstanding?  Well, what's so ever.  Now let's plan our business.  When will you send me over all the necessary documents?  The $1,100, will come in few days.  When will you like to get the rest of the money; at the time you bring Soll over to my place or after picking up Soll from my home?"

43.     On or about October 12, 2005, HSPD and paradisepassion@email.com exchanged the following e-mails:

PP:     "1st of November it's ok.  But please do not postpone the date anymore because on the 4th of December she is going to other member.  New pictures you'll get after prepay is made, I told you that there are rules of the club I can't

16

brake. You will see her picture on the documents of Solls we sent to you after the prepay. I thought that your name is Hans. Hm...Didn't you tell me that your name is Hans? Well, it doesn't matter, if you want you can tell me another name. The second part of the money we must get after you spend a week with Soll. There is also our rule. So everything is going ok, looking forward to hear from you soon.

HSPD: The 1st of November is definitv. I'll send over the money tomorrow or on Friday over Western Union. Could you tell me if the name and address you gave me is the right address to send the money?

PP:    Yes, the name and address is right, here it is: name: Kokarevs Jevgenijs city: Riga country: Latvija sum: $1100  After you send money please send us this information:  first and second of the sender city country MTCN (money transfer control number). If you don't want you may not send the second name of the sender, just the first name"

44.    On or about October 14, 2005, HSPD wired $1100 to Kokarevs Jevgenijs in Riga, Latvia. Western Union records indicate that an individual by the same name, Kokarevs Jevgenijs, picked up the money on October 21, 2005.

45.    On or about October 14, 2005, HSPD and paradisepassion@email.com exchanged the following e-mails:

HSPD: "the money transfer to you is done. It comes from: Vincent Kuttula Hamburg Germany  MCTN: 369 802 3566. How would the procedure will go on? Will you send me any documents and where will we meet so that I take over Soll? By the way, should this business work out with no difficulties I'm also interested to make a deal also for the mid of December. Is this possible?

PP:    I will check whether the money are transferred or not on Monday when I'm from my business trip."

46.    On or about October 20, 2005, HSPD and paradisepassion@email.com exchanged the following e-mails:

HSPD: "I didn't hear from you since last Friday. I send over the money you requested. Is something wrong with our deal? When will I hear from you and how will the arangement be settled with Soll bringing her to Hamburg? Please let me know soon so that I can take care about the preparing for the meeting. I told you about the interest to get another Kid in December over to Hamburg. Is it possible?

PP:    Everything is going ok, I have just returned from my business trip and we will continue to work. We must decide where you and Soll meet each other. Do you want to meet her at the airport, train station or we should rent a room for her and you will come there. Please tell us what is more convenient for you. If you want to meet another kid in December, please tell which girl or ours do you want to meet and I will check if she is available on December."

47.    On or about October 22, 2005, HSPD sent the following e-mail message to paradisepassion@email.com: "I hope your business trip was successful. Now to our business. There are several places to meet us in Hamburg. It might be a good idea we'll meet us in a high frequented restaurant. There is one place where younger and older people like to go. The name of this restaurant is: 'Schweinske' in Lubecker Strasse 84 in Hamburg. I think a restaurant might be a good place for the first contact with Soll. Who will come over to bring Soll to Hamburg? How will we get in touch when you're in Hamburg? Is there somebody the while week in Hamburg so that I can get in touch with the person if something goes wrong? Well, I see forward seeing Soll on the 1st of November and hope everything will work in our interest. For the December business I'll give you in few days detailed information."

48.    On October 25, 2005, paradisepassion@email.com responded to HSPD with the following e-mail: "Soll will be delivered by a young lady, her name is Lucy and she is 21 y.o. Right before the meeting we will give you tell toll free number of Lucy, so you'll be able to call her. Lucy will be in Hamburg for the whole week and you will be able to get in touch with her by phone."

49.    I am informed by Cpt. Wrischke that the above October 25, 2005 e-mail was the last communication between the HSPD officer and paradisepassion@email.com. Cpt. Wrischke further informed me that HSPD attempted further contact on October 26,

18

November 1 and November 4, 2005, with no response.  The child was never delivered for

the agreed upon meeting and paradisepassion@email.com did not respond to any HSPD

e-mails inquiring about why the child was not delivered.


### C.  Analysis of the Website known as "Paradise Passion"

50.      On or about September 22, 2005, I accessed a publicly available service

located on the Internet to determine the registrant/owner of the domain name

"zelup.com."  This service is a free, commercial database service capable of identifying,

among other things, the owner of a particular domain name and the IP address where the

website is physically located.  This database search indicated that the IP address

associated with the domain name "zelup.com" is owned by Yahoo! Inc., 701 First

Avenue, Sunnyvale, California 94089.

51.      On December 7, 2005, I issued a preservation request pursuant to 18

U.S.C. § 2703(f), requesting that Yahoo! Inc. preserve the contents of the URL:

http://zelup.com/111 pending issuance of a search warrant.


### LEGAL AUTHORITY

52.      The legal authority for this search warrant application is derived from Title 18,

United States Code, chapter 121, §§ 2701-11, entitled, "stored wire and electronic

communications and transactional records access."

53.      Title 18 United States Code 2703(c)(A) allows for nationwide service of process

of search warrants for the contents of electronic communications.  Pursuant to 18 U.S.C. § 2703,

as amended by the USA PATRIOT Act, Section 220, a government entity may require a

provider of an electronic communication service or a remote computing service to disclose a record or other information pertaining to a subscriber or customer of such service pursuant to a warrant issued using procedures described in the Federal Rules of Criminal Procedure <u>by a court with jurisdiction over the offense under investigation</u> (emphasis added by your affiant).

54.    Title 18 U.S.C. § 2703 further states in part:

(a) Contents of Wire or Electronic Communications in Electronic Storage. – A governmental entity may require the disclosure by a provider of electronic communication service of the contents of a wire or electronic communication, that is in electronic storage in an electronic system for one hundred and eighty days or less, only pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure by a court with jurisdiction over the offense under investigation or equivalent State warrant.  A governmental entity may require the disclosure by a provider of electronic communications services of the contents of a wire or electronic communication that has been in electronic storage in an electronic communication system for more than one hundred and eighty days by the means available under subsection (b) of this section.

(b) Contents of Wire or Electronic Communications in a Remote Computing Service. – (1) A governmental entity may require a provide of remote computing service to disclose the contents of any wire or electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection –

(A) without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure by a court with jurisdiction over the offense under investigation or equivalent State warrant; or

20

(B) with prior notice from a governmental entity to the subscriber or customer if the governmental entity –

(i) uses an administrative subpoena authorized by a Federal or State statute or a Federal or State grand jury or trial subpoena; or

(ii) obtains a court order for such disclosure under subsection (d) of this section; except that delayed notice may be given pursuant to section 2705 of this title.

(2) Paragraph (1) is applicable with respect to any wire or electronic communication that is held or maintained on that service –

(A) on behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic transmission form), a subscriber or customer of such remote computing service; and

(B) solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to access the contents of any such communications for purposes of providing any services other than storage or computer processing.

(c)  Records Concerning Electronic Communication Service or Remote Computing Service. – (1) A governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications) only when the governmental entity –

(A) obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure by a court with jurisdiction over the offense under investigation or

equivalent State warrant;

(B) obtains a court order for such disclosure under subsection;

(E) seeks information under paragraph (2).

### SEARCH PROCEDURE

55.     To ensure that agents search only the computer account and/or files contained therein and described in **Attachment B**, this search warrant seeks authorization to permit employees of Yahoo! Inc. to assist agents in the execution of this warrant.  To further ensure that agents executing this warrant search only the account and/or computer files described in **Attachment B**, the following procedures will be implemented:

a) The warrant will be presented to Yahoo! Inc. personnel who will be directed to isolate those accounts and files described in **Attachment B**.

b) To minimize any disruption of computer service to innocent third parties, Yahoo! Inc. personnel will create an exact duplicate of all information stored in the computer account and/or files contained therein which are described in **Attachment B**.

c) Yahoo! Inc. personnel will provide the exact duplicate in hard copy an electronic form of the account and files described in **Attachment B** and all information stored in the account and/or files to the agent who serves this search warrant.  Based on my training and experience, a voluminous amount of information can be stored in a computer account and law enforcement personnel must examine all the stored data to determine which files contain evidence, fruits, and instrumentalities of criminal activity.  This sorting process is time consuming and would be impractical to do at the Yahoo! Inc. offices.  Moreover, the sorting of information should be completed in a controlled environment because of the

22

vast array of computer hardware and software that might be necessary to analyze the data as well as maintain its integrity.

d) Law enforcement personnel will thereafter review the information stored in the accounts and files received from Yahoo! Inc. and then separate and copy any messages, images, or information that constitutes evidence, fruits, or instrumentalities of criminal activity.

e) Law enforcement personnel will then seal the original duplicate of the account and files received from Yahoo! Inc. and will not further review the original duplicate absent an order of the Court; and

f) Those files that contain evidence, fruits, or instrumentalities of violations of 18 U.S.C. §§ 2423(a), 2423(b), 2423(c), 2423(d), and 2251(d)(1)(A) will not be returned to the computers of Yahoo! Inc.

## CONCLUSION

56.    Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that URL: http://zelup.com/111 located at Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089 has been used to promote and facilitate the transportation of minors in foreign commerce for sex, in violation of 18 U.S.C. §§ 2423(a), 2423(b), 2423(c), 2423(d), and 2251(d)(1)(A).

57.    Further, there is probable cause to believe that evidence, fruits, and instrumentalities of such criminal offenses may be found in Yahoo! Inc. records.

58.    I, therefore, respectfully request that that attached warrant be issued authorizing the search and seizure of the items listed in **Attachment B**.


_____
Matthew K. Dunn
Immigration & Customs Enforcement


SUBSCRIBED and SWORN
before me this _____ of January 2006



_____
UNITED STATES MAGISTRATE JUDGE


24

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

The computer hard drive/server containing URL: http://zelup.com/111 located at:

Yahoo! Inc.
701 First Avenue
Sunnyvale, California 94089

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED**

Any and all records associated with the website located at URL: http://zelup.com/111, including but not limited to,

a. The entire and complete contents of the website located at URL: http://zelup.com/111 located on the hard drive identified by Yahoo! Inc. and preserved pursuant to a preservation request under 18 U.S.C. § 2703(f), dated December 7, 2005;

b. The name, address, telephone number, and/or other subscriber number or identity that the Yahoo! Inc.'s subscriber or customer of the website located at URL: http://zelup.com/111;

c. Records of Yahoo! Inc.'s customer/subscriber's session times and durations (access logs) including connection dates and times, disconnection dates and times, method of connection (telenet, ftp, http, smtp), address of the source connection, username and email address associated with the connection, other connection information, such as Internet Protocol (IP), and data transfer volume;

d. Length of service provided to Yahoo! Inc.'s subscriber/customer, including the start and termination date of , any contractual agreements on how the account originated, types of service utilized, billing information, to include means and source of payment for services and bank account numbers;

e. Any and all e-mail messages and addresses associated with the customer and/or subscriber of the listed IP address, including any correspondence between Yahoo! Inc. and the customer and/or subscriber of URL: http://zelup.com/111, including any records of customer service complaints made to Yahoo! Inc. by its customer and/or subscriber;

f. Any files and/or lists of members who have subscribed to the website located at the URL: http://zelup.com/111, including but not limited to, any files and/or lists of individuals utilizing URL: http://zelup.com/111 to include credit card information such as website customer's name, address, credit card number, credit card type and expiration date;

g. Any and all news or bulletin board system messages and files associated with the website located at the URL: http://zelup.com/111;

h. Any and all file transfer protocol (FTP) logs related to the website located at URL: http://zelup.com/111;

i. Any records of all dates, times, and activity associated with the Yahoo! Inc. customer or subscriber accessing the website located at URL: http://zelup.com/111.