# United States District Court

For the _____ DISTRICT OF _____ Columbia

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Yahoo! Inc.
URL: http://zelup.com/111
701 First Avenue
Sunnyvale, California 94089

**SEARCH WARRANT**

CASE NUMBER: 06-72-M-01

FILED
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: Senior Special Agent Matthew Dunn _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Senior Special Agent Matthew Dunn    who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Yahoo! Inc.
URL: http://zelup.com/111
701 First Avenue
Sunnyvale, California 94089

in the    Northern    District of    California    there is now concealed a certain person or property, namely (describe the person or property)

fruits, instruments and instrumentalities of violations of 18 USC §§ 2423(a), 2423(b), 2423(c), 2423(d), and 2251(d)(1)(A)

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    MAR 0 3 2006
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
as required by law.                                    U.S. Judge or Magistrate

FEB 23 2006
10:44

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at    Washington, D.C.
City and State

[signature]
Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Feb 23 2006 | Feb 24 2006 12:55 pm | Jennifer Rachels |

INVENTORY MADE IN THE PRESENCE OF   Jennifer Rachels

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- 1 (one) CD-R
- Misc Documents

FILED

APR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   4/28/06
U.S. Judge or Magistrate        Date